# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| VERA V. BYRD, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-129 |
| v. | * | |
| ANDREW M. SAUL, Commissioner of Social Security, | * | |
| Defendant. | * | |

## ORDER

Presently before the Court is Defendant's Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Reversal and Remand of the Cause to Defendant. Dkt. No. 11. Defendant asks this Court to remand this case to him for "further consideration of whether Plaintiff continues to be disabled . . . ." Id. at 1. Defendant's counsel states Plaintiff does not oppose the Motion. Id. at 2.

Thus, the Court **GRANTS** Defendant's Consent Motion. The Court **REMANDS** this case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the

AO 72A
(Rev. 8/82)

appropriate judgment of dismissal.

      **SO ORDERED**, this \_\_6\_\_ day of \_\_July\_\_, 2021.

      _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)