# United States District Court
## Southern District of Georgia

VERA V. BYRD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 220-129

ANDREW M. SAUL, Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 6, 2021, Defendant's consent motion to remand under sentence four of 42 U.S.C. § 405(g) is GRANTED. Accordingly, this case is remanded to the Commissioner pursuant to sentence four of § 405(g). This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: July 9, 2021

John E. Triplett, Clerk of Court

_____
(By) Deputy Clerk